■■■ STEPHEN TURNER, Respondent, v CSX TRANSPORTATION, INC., et al., Appellants. (Appeal No. 3.) [899 NYS2d 701]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 29, 2008 in a personal injury action. The order, insofar as appealed from, granted in part plaintiff's motion in limine and denied in part defendants' motion in limine.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Scalp & Blade v Advest, Inc.,* 309 AD2d 219, 224 [2003]; *see also* CPLR 5701 [a] [2] [v]). Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■■■ STEPHEN TURNER, Respondent, v CSX TRANSPORTATION, INC., et al., Appellants. (Appeal No. 4.) [899 NYS2d 701]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered January 23, 2009 in a personal injury action. The order denied defendants' motion for, inter alia, a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.